**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1159**

RODRIGO F. GONZALEZ,

              Plaintiff - Appellant,

        v.

HOGG INSURANCE GROUP, INC.,

              Defendant - Appellee,

        and

EDWARD HOGG, Agency Owner,

              Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Anthony J. Trenga, District Judge.  (1:11-cv-00147-AJT-JDD)

Submitted:  May 30, 2012              Decided:  June 12, 2012

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rodrigo F. Gonzalez, Appellant Pro Se.   Alan Steven Shachter, Manassas, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodrigo Gonzalez appeals the district court's order granting summary judgment in favor of his former employer on his employment discrimination claims. We have reviewed the record and find no reversible error in the court's conclusion that Gonzalez failed to demonstrate that discrimination on account of Gonzalez's religion was a motivating factor in his termination. Accordingly, we affirm the denial of that claim for the reasons stated by the district court.[*] Gonzalez v. Hogg Ins. Group, Inc., No. 1:11-cv-00147-AJT-IDD (E.D. Va. filed Jan. 6, 2012 & entered Jan. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Because Gonzalez's informal brief does not challenge the basis for the district court's disposition of his remaining claims, Gonzalez has forfeited appellate review of those claims. See 4th Cir. R. 34(b) (limiting review to issues raised in informal appellate brief).